■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK EASTERLING, Also Known as DEREK J. EASTERLING, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 10, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.